**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6225**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STEPHEN ZEBROWSKI, JR., a/k/a Junior, a/k/a
Lewis Brady, a/k/a Stevon Green, a/k/a Edward
Cartwight, a/k/a Felex C. Brown,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (CR-96-41)

---

Submitted:  June 4, 2002                Decided:  June 24, 2002

---

Before MOTZ, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Stephen Zebrowski, Jr., Appellant Pro Se. Mary Hannah Lauck, OFFICE
OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stephen Zebrowski, Jr. appeals the district court's order denying his motion requesting "nunc pro tunc designation for an order specifically setting aside" his fine. We have reviewed the record and the district court's opinion and find no reversible error. Zebrowski's challenge to his fine is precluded under res judicata, because he previously litigated this claim. <u>Allen v. McCurry</u>, 449 U.S. 90, 94 (1980); <u>Meekins v. United Transp. Union</u>, 946 F.2d 1054, 1057 (4th Cir. 1991). Accordingly, we affirm the district court's order denying Zebrowski's motion. <u>United States v. Zebrowski</u>, No. CR-96-41 (E.D. Va. Jan. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2